IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA ASSOCIATION OF<br>SCHOOL BOARDS, INC., | )<br>)<br>) | Case No.: 4:08CV3052 |
| Interpleader Plaintiff, | )<br>) | |
| v. | )<br>) | **ORDER** |
| STRATEGIC GOVERNMENTAL<br>SOLUTIONS, INC., MECCATECH, INC.,<br>AND EDUCATIONAL SERVICES &<br>PRODUCTS, LLC, | )<br>)<br>)<br>)<br>) | |
| Interpleader Defendants. | )<br>) | |

Pursuant to the Motion for Temporary Restraining Order (Filing No. 6) filed by Interpleader Plaintiff the Nebraska Association of School Boards, Inc. ("NASB"):

IT IS ORDERED:

1. That the request for a Temporary Restraining Order (Filing No. 6) is granted;

2. That the NASB is authorized immediately to deposit the $607,426.63 in its possession, that is at issue in this case, in the registry of the Court;

3. That the Clerk of the Court shall invest the sum of $607,426.63 in an interest-bearing account until further advised;

4. That Defendants Strategic Governmental Solutions, Inc. ("SGS"), MeccaTech, Inc. ("MeccaTech"), Educational Services & Products, LLC ("ESP"), together with their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them, are hereby temporarily restrained and enjoined from instituting or prosecuting any action against the NASB

in any state or United States court for the recovery of the funds or otherwise affecting the funds at issue in this case;

5.     That Case No. 8:05cv570, *MeccaTech, Inc. v. Kiser, et. al*, currently pending before this Court, is not subject to this Order;

6.     That a hearing on the NASB's request for a Preliminary Injunction is scheduled for April 14, 2008, at 8:30 a.m.; and

7.     That the Plaintiff shall serve copies of this Order on all parties and file within ten (10) days of this Order a proof of service.

Dated this 24th day of March, 2008, at 9:00 a.m. Central Daylight Time.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge