IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF SCHOOL BOARDS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:08CV3052 |
| STRATEGIC GOVERNMENTAL SOLUTIONS, INC., MECCATECH, INC. and EDUCATIONAL SERVICES & PRODUCTS, LLC, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the Motion [20] of Fifth Third Bank for permission to intervene as an interpleader defendant pursuant to Fed. R. Civ. P. 24(a). Rule response time has passed, and the court has not received a response in opposition to the motion.

Under Rule 24(a)(2), the court must permit anyone to intervene who

> claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Having reviewed the movant's brief and evidentiary materials, the court finds that the requirements of Rule 24(a)(2) have been met, and Fifth Third Bank should be allowed to intervene in this matter as of right.

**IT IS ORDERED** that the Motion [20] of Fifth Third Bank for permission to intervene as an interpleader defendant is granted. Fifth Third Bank shall file its Answer to Amended Complaint in Interpleader as a separate pleading on or before **April 30, 2008.**

**DATED April 23, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**