IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC., | ) ) ) | Case No.: 4:08-cv-3052 |
| Interpleader Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| STRATEGIC GOVERNMENTAL SOLUTIONS, INC., MECCATECH, INC., EDUCATIONAL SERVICES & PRODUCTS, LLC, AND FIFTH THIRD BANK, | ) ) ) ) ) ) ) | |
| Interpleader Defendants. | ) | |

THIS MATTER comes before the Court on the Motion to Withdraw Laura R. Hegge as Counsel of Record for the Nebraska Association of School Boards, Inc. The Court has considered the same and grants this Motion.

IT IS ORDERED that the motion [47] is granted. The court will terminate the appearance of Laura R. Hegge as counsel for the Nebraska Association of School Boards and will stop electronic notices to Laura R. Hegge.

All parties are instructed to remove Laura R. Hegge as counsel of record for the Nebraska Association of School Boards, Inc. from their service list.

DATED October 2, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge