IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC., <br><br> Interpleader Plaintiff, <br><br> v. <br><br> STRATEGIC GOVERNMENTAL SOLUTIONS, INC., MECCATECH, INC., EDUCATIONAL SERVICES & PRODUCTS, LLC, AND FIFTH THIRD BANK, <br><br> Interpleader Defendants. | CASE NO. 4:08CV3052 <br><br> AMENDED ORDER RELEASING FUNDS |

THIS MATTER came on for consideration pursuant to the Unopposed Joint Motion for Release of Funds (Filing No. 53). The Court has considered the evidence filed in support of the motion (Filing No. 54). After giving consideration to same,

IT IS ORDERED:

1. The Joint Motion for Release of Funds (Filing No. 53) is granted; and

2. Pursuant to the agreement of the parties and the Order Approving Settlement entered by the United States Bankruptcy Court for the Northern District of New York, the Clerk of the United States District Court for the District of Nebraska is directed to release the $607,426.63 deposited by Interpleader Plaintiff Nebraska Association of School Boards ("NASB") and all accrued interest, via check, to the Chapter 7 bankruptcy estate of Strategic Governmental Solutions, Inc., No. 08-11047 (Bkrtcy. N.D.N.Y) administered by Philip J. Danaher, Chapter 7 Trustee of Strategic Governmental Solutions, Inc.

DATED this 20th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge